LAWRENCE WASDEN
ATTORNEY GENERAL

BRIAN KANE, ISB #6264
Assistant Chief Deputy Attorney General

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

MICHAEL S. GILMORE, ISB #1625
KARIN D. JONES, ISB #6846
Deputy Attorneys General
Statehouse, Room 210
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONALD N. DAIEN, | Case No. 09-022-S-REB |
| Plaintiff, | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| BEN YSURSA, in his official capacity as Secretary of State of the State of Idaho, | |
| Defendant. | |

COMES NOW Defendant the Hon. Ben Ysursa, Secretary of State of the State of Idaho, by and through his undersigned counsel of record, and hereby moves that this Court pursuant to Rule 56(c) of the Federal Rules of Civil Procedure to:

(a) dismiss Plaintiff Donald Daien's claims against Defendant as a matter of law for failure to present a justiciable case or controversy, or,

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1

(b)     if the Court has jurisdiction to consider the merits, to deny all relief to Plaintiff and to enter Declaratory Judgment that:

(i)     the requirement of Idaho Code § 34-1807, incorporated by reference by Idaho Code § 34-708A, that petitions for Independent candidates for President of the United States to appear on the general election ballot must be circulated by residents of Idaho does not violate the United States Constitution, and

(ii)    the requirement of Idaho Code § 34-708A that Independent candidates for President of the United States must obtain signatures of qualified voters in a number not less than one percent of the number of voters for presidential electors in the previous presidential election to qualify for the general election ballot does not violate the United States Constitution .

This Motion is supported by the Statement of Material Facts that Defendant Contends are Not in Dispute, Memorandum in Support of Defendant's Motion for Summary Judgment, Affidavit of Counsel Michael S. Gilmore, and Affidavit of Defendant, the Hon. Ben Ysursa, Secretary of State of the State of Idaho, filed herewith.

DATED this 8th day of September, 2009.

                                          STATE OF IDAHO
                                          OFFICE OF THE ATTORNEY GENERAL

By     */s/ Karin D. Jones*
                                          MICHAEL S. GILMORE
                                          KARIN D. JONES
                                          Deputy Attorneys General

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 8th day of September 2009, I electronically filed the foregoing DEFENDANT'S MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Robert E. Barnes<br>The Bernhoft Law Firm, S.C.<br>207 E. Buffalo St., Ste. 600<br>Milwaukee, WI  53202 | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Certified Mail, Return Receipt Requested<br>☐ Overnight Mail<br>☐ Facsimile: (414) 276-2822<br>☒ CM/ECF |
| Christ T. Troupis<br>Troupis Law Office PA<br>PO Box 2408<br>Eagle, ID  83616 | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Certified Mail, Return Receipt Requested<br>☐ Overnight Mail<br>☐ Facsimile: (414) 276-2822<br>☒ CM/ECF |

  And, I hereby certify that I served the foregoing document(s) to the following non-CM/ECF Registered Participant(s) in the manner indicated below:

| | |
|---|---|
| N/A. | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Certified Mail, Return Receipt Requested<br>☐ Overnight Mail<br>☐ Facsimile: _____ |

               */s/ Karin D. Jones*
               Michael S. Gilmore
               Karin D. Jones
               Deputy Attorneys General