LAWRENCE WASDEN
ATTORNEY GENERAL

BRIAN KANE, ISB #6264
Assistant Chief Deputy Attorney General

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

MICHAEL S. GILMORE, ISB #1625
KARIN D. JONES, ISB #6846
Deputy Attorneys General
Statehouse, Room 210
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-4130
Fax:  (208) 854-8073
mike.gilmore@ag.idaho.gov
karin.jones@ag.idaho.gov
          Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONALD N. DAIEN, )<br><br>                    Plaintiff, )<br> )<br>vs. )<br> )<br>BEN YSURSA, in his official capacity as )<br>Secretary of State of the State of Idaho, )<br> )<br>                    Defendant. ) | Case No. 09-022-S-REB<br><br>**AFFIDAVIT OF COUNSEL<br>MICHAEL S. GILMORE** |

STATE OF IDAHO   )
                                 )  ss.
COUNTY OF ADA   )

      Your affiant, Michael S. Gilmore, Deputy Attorney General, being first duly sworn upon

oath, and states upon personal knowledge as follows:

      1.     I am Deputy Attorney General for the State of Idaho and am one of the counsel of

record in this case.

      2.     Exhibit F to my Affidavit is a copy of Plaintiff's Response to Defendant's First

Set of Interrogatories and Requests for Production of Documents (And Requests for Admission)

that were provided by Plaintiff's Counsel in answer to Defendant's discovery.

3.     Exhibit G to my Affidavit is a copy of Plaintiff's Response to Defendant's First Set of Interrogatories that were provided by Plaintiff's Counsel in answer to Defendant's discovery.

4.     Exhibit H to my Affidavit are copies of self-authenticating documents from the case of *State of Idaho v. Carol E. Johnson*, Idaho State District Court, Nez Perce County, Case No. CR2004-0006670:

H-1.   Criminal Complaint charging Ms. Johnson with Making a False Affidavit on a Petition, I.C. § 34-1818, 34-1822, and 18-111, a Felony.

H-2.   Magistrate's Finding of Probable Cause Upon Defendant's Appearance Pursuant to Summons.

H-3.   Order Binding Over, binding Ms. Johnson over for a felony trial.

H-4.   Information accusing Ms. Johnson of Making a False Affidavit on a Petition, I.C. § 34-1818, 34-1822, and 18-111, a Felony.

H-5.   Idaho Criminal Rule 11 Plea Agreement by Ms. Johnson to plead guilty to Making a False Affidavit on a Petition, I.C. § 34-1818, 34-1822, and 18-111, a Felony.

H-6.   Idaho Criminal Rule 11 Order accepting Ms. Johnson's guilty plea.

H-7.   Commitment of Ms. Johnson to Board of Correction.

H-8.   Judgment of Conviction for Ms. Johnson for Making a False Affidavit on a Petition, I.C. § 34-1818, 34-1822, and 18-111, a Felony.

H-9.   Order Suspending Sentence and Order of Probation for Ms. Johnson.

H-10.  Report of Probation Violation for Ms. Johnson.

H-11.  Bench Warrant for Ms. Johnson for violating terms of probation.

5.     This concludes my affidavit.

Michael S Gilmore
Deputy Attorney General

SUBSCRIBED AND SWORN to before me this 8th day of September, 2009.

Notary Public
Residing at: Boise, Idaho
My Commission Expires: 12-20-2010

AFFIDAVIT OF COUNSEL MICHAEL S. GILMORE - 2

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September 2009, I electronically filed the foregoing AFFIDAVIT OF COUNSEL MICHAEL S. GILMORE with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Robert E. Barnes
The Bernhoft Law Firm, S.C.
207 E. Buffalo St., Ste. 600
Milwaukee, WI  53202

☐ U.S. Mail
☐ Hand Delivery
☐ Certified Mail, Return Receipt Requested
☐ Overnight Mail
☐ Facsimile: (414) 276-2822
☒ CM/ECF

Christ T. Troupis
Troupis Law Office PA
PO Box 2408
Eagle, ID  83616

☐ U.S. Mail
☐ Hand Delivery
☐ Certified Mail, Return Receipt Requested
☐ Overnight Mail
☐ Facsimile: (414) 276-2822
☒ CM/ECF

_____/s/ Karin D. Jones_____
Michael S. Gilmore
Karin D. Jones
Deputy Attorneys General