**Ysursa Affidavit - EXHIBIT "A"**

| | Signature | Printed Name | Residence Street and Number | City or Post Office | Date |
|---|---|---|---|---|---|
| Reg | 1. Teresa Koriski | Teresa Koriski | P031 Westcliff Dr | Idaho Falls | 4/5 |
| Reg | 2. Paige Mortensen | Paige Mortensen | 3595 Sycamore Cir | Idaho Falls | 4/5 |
| NR | 3. Kurtis Raymon | Kurtis Raymond | 1585 Capelle | Idaho Falls | 4/5 |
| NR | 4. Emmeli Murdock | Emmeli Murdock | 1154 E. 21st St | I Falls | 4/5 |
| Reg | 5. Amber C. Lake | Amber Lake | 240 Monte Vista | IF | 04/05 |
| Reg | 6. Matthew Ries | Matthew N Ries | 1170c S. Pinehurst | Idaho Falls | 04/05 |
| Reg | 7. Shannon Allen | Shannon Allen | 307 E 18th St | Idaho Falls | 4/5 |
| | 8. Ken Turner | Ken Turner | | | |
| Reg | 9. Ken Turner | Ken Turner | 270 E 15th St | Id Falls | 4/5/06 |
| Reg | 10. Renee Iuri | Renee Iuri | 900 Homer Ave | Id Falls | 4/5/06 |
| Reg | 11. Donna Struhs | Donna Struhs | 1005 Bingham | Id Falls | 4/5/06 |
| Reg | 12. Walter Struhs | Walter Struhs | 1005 Bingham | Id Falls | 4/5/06 |
| | 13. Miriam Koh | Miriam Koh | | | |
| Reg | 14. Brandon Talamantez | Brandon Talamantez | 1525 Cranmer Ave | Idaho Falls | 4/5/06 |
| Reg | 15. Craig Bischke | Craig Bischke | 4490 Greenmilow | Idaho Falls | 4/5/06 |
| NR | 16. Brianna Reinke | Brianna Reinke | 11700 S. Arlington Dr | Idaho Falls | 4-5-06 |
| Reg | 17. Spencer Bradshaw | Spencer Bradshaw | 2908 E 97 N | Idaho Falls | 4/5/06 |
| Reg | 18. Dorothy Struebing | Dorothy Struebing | 2080 Calico | Idaho Falls | 4/5/06 |
| Reg | 19. Heidi Dennert | Heidi Dennert | 2980 Simon St. | Idaho Falls | 4/5/06 |
| Reg | 20. Benjamin R Hunter | Benjamin R Hunter | 1527 Beverly | Idaho Falls | 4/5/06 |

STATE OF IDAHO ) :ss
County of Bonneville )

I, Sam Lopez Jr., being first duly sworn, say: That I am a resident of the State of Idaho and at least eighteen (18) years of age: that every person who signed this sheet of the foregoing petition signed his or her name thereto in my presence: I believe that each has stated his or her name, post-office address and residence correctly, that each signer is a qualified elector of the State of Idaho, and a resident of the county of Bonneville

Signed: Samuel J. Lopez Jr.
Post-office address: 1705 Lenoxan Blvd, Idaho Falls, Idaho 83401

SUBSCRIBED AND SWORN to before me this 6 day of April, 2006.

(Notary Seal) Suzanne R. Phillips
Notary Public for the State of Idaho
Residing at: U.S. Bank, 3350 Sharp Drive, Idaho Falls
My Commission Expires: 8/10/2010

**Initiative limiting eminent domain when used for economic development; defining land use law; and permitting just compensation for regulatory takings.**

CANYON

| Signature | Printed Name | Residence Street and Number | City or Post Office | Date |
|---|---|---|---|---|
| 1. Patricia Carothers | Patricia Carothers | 3008 Ace Ave | Caldwell | 4/4/06 |
| 2. Catherine Stish | Catherine Stish | 1910 3rd St N | Nampa | 4/4/06 |
| 3. Peggy Johnson | Peggy Johnson | 5887 3rd Ave | Nampa | 4/4/2006 |
| 4. Jennifer Kesler | Jennifer Kesler | 16044 N. Mahogany Dr | Nampa | 4/4/06 |
| 5. Julie N | Julie Adams | 11892 Jerry Lee | Nampa | 4/4/06 |
| 6. | Kyle Daube | 85 South Inverness | Nampa | 4/4/06 |
| 7. Rebecca McNutt | Rebecca McNutt | 15551 Homedale Rd | Caldwell | 4/4/06 |
| 8. | Deena Timmerman | 1068 N. Hatte W. | Boise | 4-4-06 |
| 9. Tonya Titsworth | Tonya Titsworth | 16403 Coral Dr | Nampa | 4-4-06 |
| 10. Gilberto L | Gilberto Lara | 5015 Eustick Rd #99 Caldwell | Caldwell | 4-4-6 |
| 11. Jenn Hess | Jennifer Hess | 8719 Shipman Cr Nampa ID 83680 | Nampa | 4/4/6 |
| 12. Krystal Lynn | Krystal Lynn | 6794 Glenn y lane Nampa | Nampa | 4/4/06 |
| 13. Kim Argo | Kim Argo | 17834 Starling Ln Caldwell ID 83607 | Caldwell | 4/4/06 |
| 14. Emily Merrick | Emily S. Merrick | 1012 Almond St Nampa, ID 83686 | Nampa | 4/4/06 |
| 15. Cyndi Wright | Cyndi Wright | 819 E Cottage Ave | Nampa | 4/4/06 |
| 16. | MELISA SOTO | 819 E COTTAGE | NAMPA | 4/4/06 |
| 17. | | | Caldwell | 4/4/06 |
| 18. Laurie Pearman | Laurie Pearman | 2105 Arnett Ave | Caldwell | 4/4/06 |
| 19. Ana Uery | Ana Uery | 926 S. Happy Valley Rd | Nampa | 4/4/06 |
| 20. Amy Martin | Amy Martin | 8672 Southside Blvd | Nampa | 4/4/06 |

STATE OF IDAHO )
                       :ss
County of  Ada  )

I, Robert T Kernan, being first duly sworn, say: That I am a resident of the State of Idaho and at least eighteen (18) years of age: that every person who signed this sheet of the foregoing petition signed his or her name thereto in my presence: I believe that each has stated his or her name, post-office address and residence correctly, that each signer is a qualified elector of the State of Idaho, and a resident of the county of Canyon.

Signed: Robert T Kernan
Post -office address 2600 Fairview, Boise, Idaho 83702

SUBSCRIBED AND SWORN to before me this 6th day of April, 2006.

F. Evelyn Lallis
Notary Public for the State of Idaho
Residing at: Boise
My Commission Expires: 04-30-12

(Notary Seal - F. EVELYN LALLIS, NOTARY PUBLIC, STATE OF IDAHO)

# Initiative limiting eminent domain when used for economic development; defining land use law; and permitting just compensation for regulatory takings.

| | Signature | Printed Name | Residence Street and Number | City or Post Office | Date |
|---|---|---|---|---|---|
| 1. | Sheri Binderfelter | Sheri Binderfelter | 1011 14th Ave S Nampa, ID | Nampa, ID | 04/27/06 |
| 2. | Harry Packwood | Harry Packwood | 215 Nectarine St | Nampa, Id | 4/28/06 |
| 3. | Ravi Patel | Ravi Patel | 712 E Grove St | Parma | 4/29/06 |
| 4. | Kavita Patel | Kavita Patel | 712 E Grove St | Parma | 4/29/06 |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

STATE OF IDAHO   )
                 :ss
County of __Ada__ )

I, __Ravi Patel__, being first duly sworn, say: That I am a resident of the State of Idaho and at least eighteen (18) years of age: that every person who signed this sheet of the foregoing petition signed his or her name thereto in my presence: I believe that each has stated his or her name, post-office address and residence correctly, that each signer is a qualified elector of the State of Idaho, and a resident of the county of __Canyon__.

Signed: _____

Post –office address __1600 Main St Boise ID 83702__

SUBSCRIBED AND SWORN to before me this __30__ day of __April__, 2006.

(Notary Seal)

__Pamela DuBois__
Notary Public for the State of Idaho
Residing at: __Caldwell__
My Commission Expires: __4-18-09__

# Initiative limiting eminent domain when used for economic development; defining land use law; and permitting just compensation for regulatory takings.

| Signature | Printed Name | Residence Street and Number | City or Post Office | Date |
|---|---|---|---|---|
| 1. *(signed)* | Mike Gooding | 23669 Batt[...] | Parma | 10/05/06 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

STATE OF IDAHO )
                        :ss
County of  Ada    )

I, _____, being first duly sworn, say: That I am a resident of the State of Idaho and at least eighteen (18) years of age: that every person who signed this sheet of the foregoing petition signed his or her name thereto in my presence: I believe that each has stated his or her name, post-office address and residence correctly, that each signer is a qualified elector of the State of Idaho, and a resident of the county of  Canyon  .

Signed: _____
Post –office address  3433 Chinden Bl[...]

SUBSCRIBED AND SWORN to before me this  10  day of  April  , 2006.

(Notary Seal)
Notary Public for the State of Idaho
Residing at:  Boise
My Commission Expires:  11/8/10

# Initiative limiting eminent domain when used for economic development; defining land use law; and permitting just compensation for regulatory takings.

| Signature | Printed Name | Residence Street and Number | City or Post Office | Date |
|---|---|---|---|---|
| 1. Elio Jacob | ELIA JACOBSEN | 2804 E Lewis Ln | NAMPA, ID 83686 | 4/4/06 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

STATE OF IDAHO )
County of ADA RP ~~Nampa~~ ) :ss pp

I, Rosemarie Sullivan, being first duly sworn, say: That I am a resident of the State of Idaho and at least eighteen (18) years of age: that every person who signed this sheet of the foregoing petition signed his or her name thereto in my presence: I believe that each has stated his or her name, post-office address and residence correctly, that each signer is a qualified elector of the State of Idaho, and a resident of the county of ~~Nampa~~ CANYON

Signed: Rosemarie Sullivan
Post-office address 2273 E/dao St #201 Boise, I.D. 83705

SUBSCRIBED AND SWORN to before me this 10th day of April, 2006.

(Notary Seal)    Pamela DuBois
Notary Public for the State of Idaho
Residing at: Caldwell
My Commission Expires: 4-18-09

# Initiative limiting eminent domain when used for economic development; defining land use law; and permitting just compensation for regulatory takings.

| Signature | Printed Name | Residence Street and Number | City or Post Office | Date |
|---|---|---|---|---|
| 1. Theodore Waugh | Theodore J. Waugh | 4314 E. Railroad | Nampa ID | 4-2-06 |
| 2. Heather Waugh | Heather Waugh | 11543 Shelburne Ct. | Caldwell Id. | 4/2/06 |
| 3. Nancy Waugh | Nancy Waugh | 4314 E Railroad | Nampa I | 4/2/06 |
| 4. Nikolay | Nikolay Skorsky | 2189 W. Divide | Nampa | 4/2/06 |
| 5. | | | | |
| 6. | | 700 W. ___ | ___ | 4-2-06 |
| 7. Donna Woodby | Donna Woodby | 723 Forsythia | Nampa | 4-3-06 |
| 8. Janice Ayotte | Janice Ayotte | 9509 Foothill Rd | Middleton | 4-4-06 |
| 9. Terrance M. | Terrance M. | 4325 E. Jennifer Dr. | Nampa | 4-4-06 |
| 10. Matt | Matt ___ | 6793 Deer ___ | Nampa | 4-5-06 |
| 11. Not Registered at this address | | 4956 11th Way | Nampa | 4-5-06 |
| 12. Not Registered at this address Noemi Herrera | Noemi Herrera | 0622 Track Rd. | Nampa | 4-5-06 |
| 13. Bruce Wright | Bruce T. Wright | 2200 E El Jay Ct | Nampa | 4-5-06 |
| 14. Not Registered at this address | Greg ___ | 6420 Cherry Lane | Nampa, ID | 4-5-06 |
| 15. Jeri Lynn | Jeri Lynn Kvrstad | 4567 E Vineyard Way | Nampa, ID | 4-5-06 |
| 16. Alma H Thomas | Alma H Thomas | 17352 Col ___ | Nampa | 4-5-06 |
| 17. S.A. Fidcuiller | S.A. Fidcuiller | 25525 Ostickas | ___ IV | 4-23-06 |
| 18. Rebecca Detzer | Rebecca B. Detzer | 5523 Ormsby Ave. | Caldwell | 4/5/06 |
| 19. Layne Vanderbeek | Layne Vanderbeek | 1416 Ash St | Caldwell | 4/5/06 |
| 20. Jen Smith | Jen Smith | 3117 Holly | Nampa | 4/5/06 |
| | Pamela DuBois | Pamela DuBois | 1824 E Locust St | Caldwell | 4/6/06 |

STATE OF IDAHO )
County of ~~Canyon~~ Ada :ss

I, Thomas E___, being first duly sworn, say: That I am a resident of the State of Idaho and at least eighteen (18) years of age: That every person who signed this sheet of the foregoing petition signed his or her name thereto in my presence. I believe that each has stated his or her name, post-office address and residence correctly, that each signer is a qualified elector of the State of Idaho, and a resident of the county of Canyon

Signed: Thomas E___
Post-office address 2973 Elder St Boise, Id 83705

SUBSCRIBED AND SWORN to before me this 6 day of April, 2006.

_Lynette L. Lalliss_
(Notary Seal) LYNETTE L. LALLISS NOTARY PUBLIC STATE OF IDAHO
Notary Public for the State of Idaho
Residing at: Boise
My Commission Expires: 11/8/10

## Initiative limiting eminent domain when used for economic development; defining land use law; and permitting just compensation for regulatory takings.

Ysursa Affidavit - EXHIBIT "B"

# Idaho Secretary of State
# Election Division

## November 4, 2008 General Election Results

## U.S. President - by county

|  | UNITED STATES PRESIDENT | | | | |
|---|---|---|---|---|---|
|  | Con. | Lib. | Rep. | Ind. | Dem. |
| Counties | Chuck Baldwin | Bob Barr | John McCain | Ralph Nader | Barack Obama |
| Ada | 777 | 1,083 | 93,328 | 1,978 | 82,236 |
| Adams | 20 | 19 | 1,517 | 36 | 728 |
| Bannock | 257 | 215 | 19,356 | 485 | 14,792 |
| Bear Lake | 27 | 11 | 2,377 | 26 | 502 |
| Benewah | 38 | 25 | 2,646 | 48 | 1,407 |
| Bingham | 203 | 91 | 12,230 | 207 | 4,424 |
| Blaine | 16 | 63 | 3,439 | 106 | 6,947 |
| Boise | 25 | 27 | 2,433 | 48 | 1,240 |
| Bonner | 195 | 108 | 11,145 | 259 | 7,840 |
| Bonneville | 362 | 256 | 29,334 | 334 | 11,417 |
| Boundary | 77 | 27 | 3,078 | 67 | 1,484 |
| Butte | 11 | 7 | 1,056 | 18 | 318 |
| Camas | 1 | 3 | 422 | 5 | 187 |
| Canyon | 387 | 321 | 42,752 | 639 | 20,147 |
| Caribou | 23 | 14 | 2,656 | 56 | 553 |
| Cassia | 72 | 43 | 6,309 | 86 | 1,332 |
| Clark | 3 | 1 | 305 | 2 | 64 |
| Clearwater | 35 | 31 | 2,569 | 60 | 1,211 |
| Custer | 17 | 12 | 1,694 | 18 | 611 |
| Elmore | 37 | 33 | 5,665 | 110 | 2,591 |
| Franklin | 142 | 37 | 4,246 | 48 | 600 |
| Fremont | 44 | 25 | 4,700 | 46 | 1,065 |
| Gem | 52 | 32 | 5,585 | 112 | 2,166 |
| Gooding | 35 | 27 | 3,765 | 75 | 1,489 |
| Idaho | 167 | 54 | 5,895 | 77 | 2,017 |
| Jefferson | 138 | 50 | 8,540 | 72 | 1,641 |
| Jerome | 36 | 46 | 4,897 | 74 | 1,794 |
| Kootenai | 565 | 268 | 38,387 | 592 | 22,120 |
| Latah | 204 | 128 | 7,988 | 199 | 9,195 |
| Lemhi | 45 | 32 | 2,938 | 29 | 1,061 |
| Lewis | 23 | 7 | 1,275 | 20 | 479 |
| Lincoln | 10 | 6 | 1,232 | 77 | 545 |

8/26/2009

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Madison | 149 | 69 | 11,131 | 81 | 1,627 |
| Minidoka | 52 | 42 | 5,087 | 79 | 1,630 |
| Nez Perce | 82 | 72 | 10,357 | 189 | 7,123 |
| Oneida | 27 | 19 | 1,724 | 11 | 381 |
| Owyhee | 29 | 24 | 3,024 | 37 | 944 |
| Payette | 66 | 39 | 5,988 | 105 | 2,415 |
| Power | 13 | 20 | 1,754 | 28 | 1,027 |
| Shoshone | 42 | 39 | 2,953 | 111 | 2,521 |
| Teton | 13 | 19 | 2,263 | 61 | 2,302 |
| Twin Falls | 181 | 152 | 19,032 | 358 | 8,621 |
| Valley | 21 | 33 | 2,772 | 65 | 2,405 |
| Washington | 28 | 28 | 3,168 | 41 | 1,241 |
| TOTAL | 4,747 | 3,658 | 403,012 | 7,175 | 236,440 |
| Plurality | | | 166,572 | | |
| Percentage | 0.7% | 0.6% | 61.5% | 1.1% | 36.1% |

Previous Page    Idaho Secretary of State's Main Page    State of Idaho Home Page

Comments, questions or suggestions can be emailed to: sosinfo@sos.idaho.gov

8/26/2009

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Madison | 149 | 69 | 11,131 | 81 | 1,627 |
| Minidoka | 52 | 42 | 5,087 | 79 | 1,630 |
| Nez Perce | 82 | 72 | 10,357 | 189 | 7,123 |
| Oneida | 27 | 19 | 1,724 | 11 | 381 |
| Owyhee | 29 | 24 | 3,024 | 37 | 944 |
| Payette | 66 | 39 | 5,988 | 105 | 2,415 |
| Power | 13 | 20 | 1,754 | 28 | 1,027 |
| Shoshone | 42 | 39 | 2,953 | 111 | 2,521 |
| Teton | 13 | 19 | 2,263 | 61 | 2,302 |
| Twin Falls | 181 | 152 | 19,032 | 358 | 8,621 |
| Valley | 21 | 33 | 2,772 | 65 | 2,405 |
| Washington | 28 | 28 | 3,168 | 41 | 1,241 |

# Ysursa Affidavit - EXHIBIT "C"

# IDAHO SECRETARY OF STATE
## Elections, Campaign Disclosure and Lobbyists

Ben Ysursa, Secretary of State

## November 2, 2004 General Election Results
## U.S. President - by county

|  | Lib. | Rep. | Dem. | Con. | Ind. WI |
|---|---|---|---|---|---|
|  | Michael Badnarik | George W. Bush | John F. Kerry | Michael A. Peroutka | Ralph Nader |
| Ada | 1,041 | 94,641 | 58,523 | 449 | 348 |
| Adams | 14 | 1,468 | 555 | 24 | 2 |
| Bannock | 244 | 21,479 | 12,903 | 125 | 92 |
| Bear Lake | 12 | 2,506 | 494 | 22 | 6 |
| Benewah | 34 | 2,823 | 1,148 | 35 | 7 |
| Bingham | 105 | 12,734 | 3,605 | 107 | 13 |
| Blaine | 80 | 4,034 | 5,992 | 23 | 17 |
| Boise | 31 | 2,501 | 970 | 15 | 10 |
| Bonner | 139 | 10,697 | 6,649 | 146 | 50 |
| Bonneville | 229 | 30,048 | 8,356 | 184 | 54 |
| Boundary | 51 | 3,012 | 1,268 | 31 | 16 |
| Butte | 4 | 1,077 | 321 | 4 | 0 |
| Camas | 1 | 450 | 139 | 5 | 0 |
| Canyon | 346 | 41,599 | 13,415 | 269 | 63 |
| Caribou | 21 | 2,753 | 491 | 8 | 8 |
| Cassia | 48 | 6,562 | 1,153 | 54 | 4 |
| Clark | 2 | 302 | 46 | 3 | 0 |
| Clearwater | 40 | 2,839 | 1,117 | 35 | 3 |
| Custer | 18 | 1,762 | 559 | 13 | 6 |
| Elmore | 45 | 6,011 | 1,959 | 29 | 15 |
| Franklin | 19 | 4,527 | 456 | 51 | 1 |
| Fremont | 22 | 4,965 | 741 | 34 | 7 |
| Gem | 34 | 5,416 | 1,628 | 37 | 19 |
| Gooding | 29 | 3,973 | 1,278 | 31 | 14 |
| Idaho | 49 | 6,017 | 1,689 | 202 | 8 |
| Jefferson | 41 | 7,703 | 1,084 | 72 | 6 |
| Jerome | 31 | 5,177 | 1,344 | 18 | 10 |
| Kootenai | 303 | 36,173 | 17,584 | 408 | 128 |
| Latah | 239 | 8,686 | 8,430 | 125 | 67 |
| Lemhi | 37 | 3,079 | 915 | 16 | 6 |

8/26/2009

| | | | | | |
|---|---|---|---|---|---|
| Lewis | 7 | 1,359 | 440 | 10 | 4 |
| Lincoln | 9 | 1,388 | 466 | 9 | 3 |
| Madison | 35 | 10,693 | 826 | 69 | 14 |
| Minidoka | 33 | 5,797 | 1,331 | 35 | 4 |
| Nez Perce | 112 | 11,009 | 6,476 | 82 | 21 |
| Oneida | 9 | 1,789 | 304 | 30 | 1 |
| Owyhee | 27 | 2,859 | 685 | 17 | 2 |
| Payette | 39 | 6,256 | 1,848 | 34 | 3 |
| Power | 13 | 2,105 | 829 | 10 | 1 |
| Shoshone | 35 | 2,922 | 2,331 | 41 | 8 |
| Teton | 24 | 2,235 | 1,416 | 2 | 13 |
| Twin Falls | 146 | 19,672 | 6,458 | 119 | 40 |
| Valley | 29 | 2,863 | 1,843 | 18 | 19 |
| Washington | 17 | 3,274 | 1,033 | 33 | 2 |
| **TOTAL** | **3,844** | **409,235** | **181,098** | **3,084** | **1,115** |
| Plurality | | 228,137 | | | |
| Percentage | 0.6% | 68.4% | 30.3% | 0.5% | 0.2% |

Previous Page    Idaho Secretary of State's Main Page    State of Idaho Home Page

Comments, questions or suggestions can be emailed to: sosinfo@sos.idaho.gov

8/26/2009

**Ysursa Affidavit - EXHIBIT "D"**

# IDAHO SECRETARY OF STATE
# ELECTION DIVISION

## November 7, 2000 General Election Results

**US President** Vote by County

|  | LIB | REF | REP | DEM | NAT | CON | W/I |
|---|---|---|---|---|---|---|---|
| Counties | Harry Browne | Pat Buchanan | George W. Bush | Al Gore | John Hagelin | Howard Phillips | Ralph Nader |
| Ada | 955 | 1,463 | 75,050 | 40,650 | 306 | 215 | 4,846 |
| Adams | 14 | 31 | 1,476 | 336 | 2 | 9 | 41 |
| Bannock | 180 | 510 | 18,223 | 10,892 | 54 | 68 | 920 |
| Bear Lake | 14 | 50 | 2,296 | 517 | 3 | 4 | 15 |
| Benewah | 43 | 60 | 2,606 | 895 | 9 | 18 | 56 |
| Bingham | 58 | 327 | 10,628 | 3,310 | 24 | 44 | 74 |
| Blaine | 69 | 56 | 3,528 | 3,748 | 96 | 13 | 428 |
| Boise | 45 | 93 | 2,019 | 745 | 17 | 13 | 123 |
| Bonner | 137 | 147 | 8,945 | 4,318 | 41 | 56 | 893 |
| Bonneville | 246 | 583 | 24,988 | 7,235 | 63 | 78 | 363 |
| Boundary | 53 | 47 | 2,797 | 832 | 7 | 16 | 132 |
| Butte | 6 | 35 | 1,054 | 354 | 3 | 3 | 5 |
| Camas | 5 | 20 | 359 | 113 | 2 | 1 | 7 |
| Canyon | 300 | 766 | 30,560 | 10,588 | 85 | 113 | 588 |
| Caribou | 12 | 49 | 2,601 | 475 | 4 | 8 | 28 |
| Cassia | 25 | 138 | 5,983 | 1,087 | 8 | 18 | 20 |
| Clark | 1 | 6 | 311 | 63 |  |  | 1 |
| Clearwater | 28 | 65 | 2,885 | 841 | 22 | 21 | 34 |
| Custer | 23 | 47 | 1,794 | 416 | 5 | 1 | 44 |
| Elmore | 31 | 80 | 4,891 | 1,840 | 9 | 18 | 97 |
| Franklin | 11 | 88 | 3,594 | 513 | 4 | 14 | 19 |
| Fremont | 19 | 63 | 4,242 | 699 | 9 | 23 | 33 |
| Gem | 40 | 146 | 4,376 | 1,346 | 11 | 19 | 45 |
| Gooding | 28 | 134 | 3,502 | 1,282 | 17 | 8 | 55 |
| Idaho | 69 | 176 | 5,806 | 1,187 | 33 | 75 | 106 |
| Jefferson | 29 | 175 | 6,480 | 1,100 | 13 | 14 | 25 |
| Jerome | 29 | 139 | 4,418 | 1,360 | 16 | 21 | 24 |
| Kootenai | 289 | 525 | 28,162 | 13,488 | 71 | 194 | 1,083 |
| Latah | 176 | 119 | 8,161 | 5,661 | 43 | 152 | 999 |
| Lemhi | 26 | 59 | 2,859 | 660 | 7 | 18 | 12 |
| Lewis | 14 | 23 | 1,295 | 335 | 5 | 3 | 13 |
| Lincoln | 12 | 49 | 1,049 | 437 | 4 | 5 | 18 |

| Madison | 17 | 119 | 7,941 | 816 | 10 | 30 | 37 |
|---|---|---|---|---|---|---|---|
| Minidoka | 43 | 137 | 4,907 | 1,344 | 30 | 27 | 30 |
| Nez Perce | 107 | 131 | 10,577 | 4,995 | 41 | 29 | 141 |
| Oneida | 7 | 42 | 1,426 | 307 | 1 | 7 | 8 |
| Owyhee | 11 | 67 | 2,450 | 623 | 9 | 6 | 22 |
| Payette | 38 | 112 | 4,961 | 1,643 | 16 | 8 | 80 |
| Power | 14 | 51 | 1,872 | 755 | 4 | 4 | 9 |
| Shoshone | 66 | 74 | 2,879 | 2,225 | 27 | 22 | 92 |
| Teton | 19 | 31 | 1,745 | 720 | 5 |  | 151 |
| Twin Falls | 123 | 436 | 15,794 | 5,777 | 27 | 63 | 310 |
| Valley | 33 | 57 | 2,548 | 1,129 | 7 | 3 | 201 |
| Washington | 23 | 89 | 2,899 | 980 | 7 | 7 | 64 |
| **TOTAL** | **3,488** | **7,615** | **336,937** | **138,637** | **1,177** | **1,469** | **12,292** |
| Plurality |  |  | 198,300 |  |  |  |  |
| Percentage | 0.7% | 1.5% | 67.2% | 27.6% | 0.2% | 0.3% | 2.5% |

Party Designations: CON-Constitution; DEM-Democratic; IND-Independent; LIB-Libertarian; NAT-Natural Law; REF-Reform; REP-Republican; W/I-Write In

---

Previous Page       Idaho Secretary of State's Main Page       State of Idaho Home Page

Comments, questions or suggestions can be emailed to: sosinfo@sos.idaho.gov

8/26/2009

**Ysursa Affidavit - EXHIBIT "E"**

|  | UNITED STATES PRESIDENT | | | | | |
|---|---|---|---|---|---|---|
|  | Rep. | Dem. | Indept. | Indept. | Lib. | Indept. |
|  | George Bush | Bill Clinton | Lenora Fulani | Bo Gritz | Andre Marrou | Ross Perot |
| ADA | 49,000 | 31,941 | 94 | 681 | 258 | 28,192 |
| ADAMS | 754 | 457 | 2 | 27 | 2 | 695 |
| BANNOCK | 12,016 | 11,091 | 53 | 861 | 74 | 8,116 |
| BEAR LAKE | 1,419 | 562 | 4 | 179 | 6 | 684 |
| BENEWAH | 1,223 | 1,270 | 10 | 25 | 10 | 1,165 |
| BINGHAM | 7,333 | 3,565 | 26 | 886 | 37 | 4,144 |
| BLAINE | 2,243 | 2,865 | 7 | 57 | 19 | 2,831 |
| BOISE | 912 | 623 | 2 | 22 | 7 | 754 |
| BONNER | 3,937 | 4,995 | 21 | 168 | 55 | 4,645 |
| BONNEVILLE | 16,557 | 7,014 | 33 | 1,433 | 98 | 10,241 |
| BOUNDARY | 1,479 | 1,095 | 9 | 46 | 9 | 1,136 |
| BUTTE | 602 | 433 | 2 | 73 | 1 | 392 |
| CAMAS | 202 | 134 | 0 | 2 | 3 | 145 |
| CANYON | 19,220 | 9,095 | 52 | 431 | 77 | 8,974 |
| CARIBOU | 1,350 | 562 | 3 | 230 | 3 | 1,088 |
| CASSIA | 4,052 | 1,351 | 10 | 413 | 11 | 1,785 |
| CLARK | 195 | 95 | 0 | 14 | 0 | 119 |
| CLEARWATER | 1,152 | 1,433 | 8 | 22 | 19 | 1,098 |
| CUSTER | 829 | 564 | 3 | 38 | 1 | 729 |
| ELMORE | 3,087 | 1,858 | 8 | 63 | 7 | 1,867 |
| FRANKLIN | 2,115 | 524 | 9 | 502 | 10 | 890 |
| FREMONT | 2,333 | 903 | 3 | 361 | 5 | 1,349 |
| GEM | 2,455 | 1,609 | 6 | 89 | 9 | 1,555 |
| GOODING | 2,178 | 1,530 | 8 | 251 | 6 | 1,591 |
| IDAHO | 2,709 | 1,974 | 15 | 121 | 15 | 1,900 |
| JEFFERSON | 3,471 | 978 | 11 | 472 | 20 | 2,164 |
| JEROME | 2,972 | 1,739 | 11 | 215 | 15 | 1,768 |
| KOOTENAI | 13,065 | 11,553 | 73 | 262 | 114 | 11,261 |
| LATAH | 5,353 | 7,233 | 26 | 47 | 69 | 3,602 |
| LEMHI | 1,540 | 996 | 4 | 91 | 15 | 1,175 |
| LEWIS | 593 | 674 | 3 | 8 | 9 | 491 |
| LINCOLN | 656 | 514 | 4 | 83 | 1 | 441 |
| MADISON | 4,591 | 741 | 3 | 489 | 19 | 1,920 |
| MINIDOKA | 3,304 | 1,815 | 19 | 389 | 15 | 1,875 |
| NEZ PERCE | 5,431 | 7,069 | 29 | 51 | 31 | 4,363 |
| ONEIDA | 713 | 351 | 1 | 210 | 1 | 590 |
| OWYHEE | 1,469 | 686 | 1 | 53 | 1 | 862 |
| PAYETTE | 2,895 | 1,656 | 4 | 99 | 36 | 2,055 |
| POWER | 1,352 | 837 | 3 | 84 | 4 | 697 |
| SHOSHONE | 1,441 | 3,182 | 8 | 22 | 17 | 1,878 |
| TETON | 762 | 472 | 0 | 73 | 3 | 608 |
| TWIN FALLS | 10,335 | 6,593 | 20 | 479 | 33 | 6,043 |
| VALLEY | 1,548 | 1,259 | 2 | 14 | 17 | 1,313 |
| WASHINGTON | 1,802 | 1,122 | 3 | 145 | 5 | 1,204 |
| TOTALS | 202,645 | 137,013 | 613 | 10,281 | 1,167 | 130,395 |