Daniel J. Treuden, Wis. Bar # 1052766
The Bernhoft Law Firm, S.C.
207 E. Buffalo Street, Suite 600
Milwaukee, Wisconsin 53202
(414) 276-3333 telephone
(414) 276-2822 facsimile
djtreuden@bernhoftlaw.com

Appearing *Pro Hac Vice*
for Plaintiff Donald N. Daien

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
## SOUTHERN DIVISION

| | |
|---|---|
| DONALD N. DAIEN,          ) | |
| Plaintiff,          ) | |
| v.          ) | Civil Case No. 1:09-cv-00022-REB |
| BEN YSURSA, in his official capacity as Secretary of State of Idaho,          ) | |
| Defendant.          ) | |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COMES NOW THE PLAINTIFF, Donald N. Daien ("Daien"), by and through his attorneys, The Bernhoft Law Firm, S.C., (Attorney Daniel J. Treuden, admitted *pro hac vice*), and respectfully moves this Honorable Court for Summary Judgment pursuant to Fed. R. Civ. P. 56 and Local R. 7.1.  This motion is based on the pleadings, records, and files of this case, and seeks an order finding that the requirements of I.C. § 34-1807 (petition circulator residency) and I.C. § 708A (prior election percentage) violate rights secured Daien by the Constitution and Laws of the United States.  As will be more fully demonstrated in the supporting memorandum

1

filed separately pursuant to Local R. 7.1(b)(1), there are no material facts in dispute and Daien is entitled to judgment as a matter of law.

WHEREFORE, for all the foregoing reasons, Daien respectfully prays for an order granting summary judgment in his favor, and such further relief as the Court deems just and equitable.

Dated:  September 8, 2009

                THE BERNHOFT LAW FIRM, S.C.
                Attorneys for the Plaintiffs


                  /s/ Daniel J. Treuden
                Daniel J. Treuden, Esquire
                *Pro Hac Vice* Counsel

                207 East Buffalo Street, Suite 600
                Milwaukee, Wisconsin 53202
                (414) 276-3333  telephone
                (414) 276-2822  facsimile
                djtreuden@bernhoftlaw.com