Daniel J. Treuden, Wis. Bar # 1052766
The Bernhoft Law Firm, S.C.
207 E. Buffalo Street, Suite 600
Milwaukee, Wisconsin 53202
(414) 276-3333 telephone
(414) 276-2822 facsimile
djtreuden@bernhoftlaw.com

Appearing *Pro Hac Vice*
for Plaintiff Donald N. Daien

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
## SOUTHERN DIVISION

| | |
|---|---|
| DONALD N. DAIEN, ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. 1:09-cv-00022-REB |
| BEN YSURSA, in his official ) capacity as Secretary of State of ) Idaho, ) | |
| Defendant. ) | |

### PLAINTIFF'S STATEMENT OF MATERIAL FACTS

COMES NOW THE PLAINTIFF, Donald N. Daien ("Daien"), by and through his attorneys, The Bernhoft Law Firm, S.C., (Attorney Daniel J. Treuden, admitted *pro hac vice*), and respectfully files Statement of Material Facts which contains the material facts Daien contends are not in dispute.  This Statement is filed pursuant to Local R. 7.1(b)(1).

### Material Facts

1.  Donald N. Daien ("Daien") is a resident of and domiciled in Arizona.  (Decl. of Donald N. Daien, ¶ 3) (hereinafter "Daien Decl.").

2.  Daien would like to help Presidential candidates, like Ralph Nader, or another similarly-minded candidate, gain ballot access throughout the United States, including Idaho, but will be unable to do so if it is illegal in Idaho. (Daien Decl., ¶ 5.)

3.  Daien does not wish to subject himself to criminal or civil financial penalty to circulate petitions. (Daien Decl., ¶ 7.)

4.  Daien believes it is his right to circulate petitions personally. (Daien Decl., ¶ 4.)

5.  Daien believes he can associate with others to achieve the common goal of obtaining ballot access for Presidential candidates in all states in the United States, including Idaho. (Daien Decl., ¶ 4.)

6.  In 2012, and under current law, an independent candidate for President will need approximately 6,550 signatures to obtain ballot access. (Decl. of Daniel J. Treuden, ¶ 3, Ex. A) (hereinafter "Treuden Decl.") *See also* I.C. § 34-708A.

7.  In 2012, and under current law, an independent non-Presidential statewide candidate will need 1,000 signatures to obtain ballot access. *See* I.C. § 34-708(2)(b).

Respectfully submitted on this the 8th day of September, 2009.

        THE BERNHOFT LAW FIRM, S.C.
        Attorneys for the Plaintiffs


          /s/ Daniel J. Treuden
        Daniel J. Treuden, Esquire
        *Pro Hac Vice* Counsel

        207 East Buffalo Street, Suite 600
        Milwaukee, Wisconsin 53202
        (414) 276-3333  telephone
        (414) 276-2822  facsimile
        djtreuden@bernhoftlaw.com