Daniel J. Treuden, Wis. Bar # 1052766
The Bernhoft Law Firm, S.C.
207 E. Buffalo Street, Suite 600
Milwaukee, Wisconsin 53202
(414) 276-3333 telephone
(414) 276-2822 facsimile
rebarnes@bernhoftlaw.com

*Pro Hac Vice* Appearance
Appearing for the Plaintiff Daien

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO
### SOUTHERN DIVISION

| | | |
|---|---|---|
| DONALD N. DAIEN, | ) | Civil Case No.  1:09-cv-00022-REB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF DONALD N.** |
| v. | ) | **DAIEN** |
| | ) | |
| BEN YSURSA, in his official | ) | |
| capacity as Secretary of State of | ) | |
| Idaho, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Donald N. Daien, hereby declare that:

1.    I am the Plaintiff in this matter and execute this declaration in support of my motion for

summary judgment.

2.    Expect where explicitly noted to the contrary, I have personal knowledge of the facts set

forth in this Declaration and if called upon to testify, could do so competently.

3.    I am a resident of Arizona and would like to circulate petitions for ballot access on behalf

of Presidential candidates in the next Presidential election cycle.

1

 RECEIVED 9-3-09

4.      I will not circulate ballot-access petitions under existing Idaho law though I should have

the right to do so, and want the choice to exercise that right by circulating petitions myself and

by associating with others who are also circulating petitions themselves to achieve a common

goal of ballot access in Idaho and other states for Presidential candidates like Ralph Nader and

other similarly-minded candidates.

5.      I would also like to help Presidential candidates, like Ralph Nader, or a similarly-minded

candidate, to gain ballot access throughout the United States, but will not do so in Idaho if it is

illegal.

6.      I believe individual petition circulation is important because, with a limited number of

volunteers, two individuals are able to cover twice as much ground and talk to twice as many

people as one group of two individuals working together.

7.      I do not wish to subject myself to criminal prosecution or any civil financial penalty to

circulate petitions.

        Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and

correct to the best of my information, knowledge and belief.

Dated: September 1, , 2009

Donald N. Daien

2