

# Idaho Secretary of State Election Division

## November 4, 2008 General Election Results

### Statewide Totals

**Voting Statistics**

| | |
|---|---:|
| Total Number Registered Voters at Cutoff | 745,627 |
| Number Election Day Registrants | 116,242 |
| Total Number of Registered Voters | 861,869 |
| Number of Ballots Cast | 667,506 |
| % of Registered Voters that Voted | 77.5% |

| | Total | Plurality | Percentage |
|---|---:|---:|---:|
| **United States President** | | | |
| CON Chuck Baldwin | 4,747 | | 0.7% |
| LIB Bob Barr | 3,658 | | 0.6% |
| REP John McCain | 403,012 | 166,572 | 61.5% |
| IND Ralph Nader | 7,175 | | 1.1% |
| DEM Barack Obama | 236,440 | | 36.1% |
| **United States Senator** | | | |
| DEM Larry LaRocco | 219,903 | | 34.1% |
| LIB Kent A. Marmon | 9,958 | | 1.5% |
| IND Pro-Life | 8,662 | | 1.3% |
| IND Rex Rammell | 34,510 | | 5.4% |
| REP Jim Risch | 371,744 | 151,841 | 57.7% |
| **US Representative - District 1** | | | |
| DEM Walt Minnick | 175,898 | 4,211 | 50.6% |
| REP Bill Sali | 171,687 | | 49.4% |
| **US Representative - District 2** | | | |
| DEM Deborah Holmes | 83,878 | | 29.0% |
| REP Mike Simpson | 205,777 | 121,899 | 71.0% |

Previous Page    Idaho Secretary of State's Main Page    State of Idaho Home Page

Comments, questions or suggestions can be emailed to: sosinfo@sos.idaho.gov

Exhibit A

Exhibit A