Daniel J. Treuden, Wis. Bar # 1052766
The Bernhoft Law Firm, S.C.
207 E. Buffalo Street, Suite 600
Milwaukee, Wisconsin 53202
(414) 276-3333 telephone
(414) 276-2822 facsimile
djtreuden@bernhoftlaw.com

Appearing *Pro Hac Vice*
for Plaintiff Donald N. Daien

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
## SOUTHERN DIVISION

| | |
|---|---|
| DONALD N. DAIEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No.  1:09-cv-00022-REB |
| ) | |
| BEN YSURSA, in his official ) | |
| capacity as Secretary of State of ) | |
| Idaho, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### PLAINTIFF'S APPENDIX OF STATUTES

COMES NOW THE PLAINTIFF, Donald N. Daien ("Daien"), by and through his attorneys, The Bernhoft Law Firm, S.C., (Attorney Daniel J. Treuden, admitted *pro hac vice*), and respectfully files Appendix of Statutes which contains the text of several statutes at issue in this action many of which Daien contends are unconstitutional.

**I.C. § 34-704.  Declaration of candidacy.**

Any person legally qualified to hold such office is entitled to become a candidate and file his declaration of candidacy.  Each political party candidate for precinct, state, district or county office shall file his declaration of candidacy in the proper office between 8 a.m., on the twelfth

1

Monday preceding the primary election and 5 p.m., on the tenth Friday preceding the primary election. All political party candidates shall declare their party affiliation in their declaration of candidacy, except candidates for nonpartisan office.

Candidates who file a declaration of candidacy under a party name and are not nominated at the primary election shall not be allowed to appear on the general election ballot under any other political party name, nor as an independent candidate.

Independent candidates shall file their declaration of candidacy in the manner provided in section 34-708, Idaho Code.

### I.C. § 34-708.  Independent candidates.

(1) No person may offer himself as an independent candidate at the primary election.

(2) Any person who desires to offer himself as an independent candidate for federal, state, district, or county office may do so by complying strictly with the provisions of this section. In order to be recognized as an independent candidate, each such candidate must file with the proper officer as provided by section 34-705, Idaho Code, a declaration of candidacy as an independent candidate, during the period specified in section 34-704, Idaho Code. Such declaration must state that he is offering himself as an independent candidate, must declare that he has no political party affiliation, and must declare the office for which he seeks election. Each such declaration must be accompanied by a petition containing the following number of signatures of qualified electors:

    (a) One thousand (1,000) for any statewide office;

    (b) Five hundred (500) for any congressional district office;

    (c) Fifty (50) for any legislative district office;

    (d) Five (5) for any county office.

(3) Signatures on the petitions required in this section shall be verified in the manner prescribed in section 34-1807, Idaho Code.

(4) If all of the requirements of this section have been met, the proper officer shall cause the name of each independent candidate who has qualified to be placed on the general election ballot, according to instructions of the secretary of state.

### I.C. § 34-708A.  Independent candidates for president and vice-president.

Persons who desire to be independent candidates for the offices of president and vice-president, must file, prior to August 25 of the election year, declarations of candidacy as independent candidates. Such declarations must state that such persons are offering themselves as

independent candidates and must declare that they have no political party affiliation. The declarations shall have attached thereto a petition signed by a number of qualified electors not less than one percent (1%) of the number of votes cast in this state for presidential electors at the previous general election at which a president of the United States was elected.

The candidates for president and vice-president shall be considered as candidates for one (1) office, and only one (1) such petition need be filed for both offices.

Signatures on the petitions required in this section shall be verified in the manner prescribed in section 34-1807, Idaho Code.

### I.C. § 34-711.  Certification of candidates for president, vice president and presidential electors.

The state chairman of each political party shall certify the names of the presidential and vice-presidential candidates and presidential electors to the secretary of state on or before September 1, unless a five (5) day extension is granted by the secretary of state, in order for them to appear on the general election ballot. The secretary of state shall certify such candidates to the county clerks at the same time as certification of political party candidates nominated for state and federal offices by the voters in the primary election.

### I.C. § 34-732.  Selection of candidates for nomination in presidential primary.

Each qualified elector shall have the opportunity to vote on the official presidential preference primary ballot for one (1) person to be the candidate for nomination by a party for president of the United States. The name of any candidate for a political party nomination for president of the United States shall be printed on the ballots only:

(1)  If the secretary of state shall have determined, in his sole discretion, that the person's candidacy is generally advocated or recognized in national news media throughout the United States. For the purpose of promoting the aspect of a regional primary in this regard, the secretary of state may consult with the chief election officers of neighboring states which conduct a presidential primary election on the fourth Tuesday in May. The secretary of state shall publish the names of such persons determined by him to be such candidates, together with their party affiliation, not less than sixty (60) days prior to the date of the presidential preference primary; or

(2)  Any candidate who was not placed upon the ballot by the secretary of state under the provisions of subsection (1) of this section shall be placed upon the ballot after filing a declaration of candidacy accompanied by a one thousand dollar ($1,000) filing fee. The declaration shall be filed with the secretary of state no later than the fiftieth day prior to the date of the presidential preference primary.

**I.C. § 34-1807. Circulation of petitions – Verification of petition and signature sheets – Comparison of signatures with registration oaths and records – Certain petitions and signatures void.**

Any person who circulates any petition for an initiative or referendum shall be a resident of the state of Idaho and at least eighteen (18) years of age. Each and every sheet of every such petition containing signatures shall be verified on the face thereof in substantially the following form, by the person who circulated said sheet of said petition, by his or her affidavit thereon, and as a part thereof:

State of Idaho,

ss.

County of ......

I, ......, being first duly sworn, say: That I am a resident of the State of Idaho and at least eighteen (18) years of age: that every person who signed this sheet of the foregoing petition signed his or her name thereto in my presence: I believe that each has stated his or her name, post-office address and residence correctly, that each signer is a qualified elector of the State of Idaho, and a resident of the county of ......

                                                    Signed......

                                                    Post-office address......

Subscribed and sworn to before me this ... day of ......

(Notary Seal) Notary Public......

                                                      Residing at ......

In addition to said affidavit the county clerk shall carefully examine said petitions and shall attach to the signature sheets a certificate to the secretary of state substantially as follows:

State of Idaho

ss.

County of ......

To the honorable ......, Secretary of State for the State of Idaho: I, ......, County Clerk of ...... County, hereby certify that ...... signatures on this petition are those of qualified electors.

                                                    Signed ......

                                                    County Clerk or Deputy.

(Seal of office)

The county clerk shall deliver the petition or any part thereof to the person from whom he received it with his certificate attached thereto as above provided.  The forms herein given are not mandatory and if substantially followed in any petition, it shall be sufficient, disregarding clerical and merely technical error.

Any petition upon which signatures are obtained by a person not a resident of the state of Idaho and at least eighteen (18) years of age, shall be void.  The definition of resident in section 34-107, Idaho Code, shall apply to the circulators of initiative and referendum petitions.  In addition to (to) being a resident, a petition circulator shall be at least eighteen (18) years of age.

**I.C. § 34-1822.  Penalty for violations.**

Any person, either as principal or agent, violating any of the provisions of sections 34-1801 – 34-1822 shall be punished upon conviction by imprisonment in the penitentiary or in the county jail not exceeding two (2) years, or by a fine not exceeding $5000.00, or by both, excepting that imprisonment in the penitentiary and punishment by a fine shall be the only penalty for violation of any provision of section 34-1821.

    Respectfully submitted on this the 8th day of September, 2009.

                      THE BERNHOFT LAW FIRM, S.C.
                      Attorneys for the Plaintiffs


                        /s/ Daniel J. Treuden
                      Daniel J. Treuden, Esquire
                      *Pro Hac Vice* Counsel

                      207 East Buffalo Street, Suite 600
                      Milwaukee, Wisconsin 53202
                      (414) 276-3333  telephone
                      (414) 276-2822  facsimile
                      djtreuden@bernhoftlaw.com