Daniel J. Treuden, Wis. Bar # 1052766
The Bernhoft Law Firm, S.C.
207 E. Buffalo Street, Suite 600
Milwaukee, Wisconsin 53202
(414) 276-3333 telephone
(414) 276-2822 facsimile
djtreuden@bernhoftlaw.com

Appearing *Pro Hac Vice*
for Plaintiff Donald N. Daien

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
## SOUTHERN DIVISION

| | |
|---|---|
| DONALD N. DAIEN, ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. 1:09-cv-00022-REB |
| BEN YSURSA, in his official ) capacity as Secretary of State of ) Idaho, ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of October, 2009, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the notice of electronic filing:

| Name | Service Address |
|---|---|
| Brian P. Kane, Attorney for Defendant | brian.kane@ag.idaho.gov |
| Karin D. Jones, Attorney for Defendant | karin.jones@ag.idaho.gov |
| Michael S. Gilmore, Attorney for Defendant | mike.gilmore@ag.idaho.gov |

1

2

Dated on October 22, 2009.

/s/ Daniel J. Treuden
Daniel J. Treuden